MINUTE ENTRY
BROWN, J.
NOVEMBER 6, 2025
JS10 – 00:16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-11 |
| CODY FRANCIS | SECTION: G |

RULE TO REVOKE PROBATION

| | |
|---|---|
| Court Reporter: | Toni Tusa |
| Case Manager: | Morgan Palmer |
| Law Clerk: | Jennifer Papa |

PRESENT: Cody Francis, Defendant
Anna Lisa Friedberg, Counsel for defendant
Chandra Menon, Counsel for the government
Officer Gonzalez, U.S. Probation

Case called 5:05 p.m.
The defendant was present for a hearing the government's Rule to Revoke Probation (Rec. Doc. #282).
The parties enter a stipulation as to all violations.
The Court heard statements from the defendant, defense counsel, and the probation officer.
ORDERED that the defendant's term of probation is revoked and the defendant is verbally admonished.
See Judgment.
The defendant was released.
Hearing completed 5:21 p.m.